304

RUBIN POSALSKI, PLAINTIFF-PETITIONER, v. MOTEK KOHN, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Shapiro, Brotman & Eisenstat* for the petitioner.

*Messrs. Shaw, Pindar, McElroy, Connell & Foley, Mr. Theodore W. Geiser* and *Mr. John B. LaVecchia* for the respondents.

January 29, 1962.   Denied.

BARBARA DENICOLA, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. WASHINGTON CORPORATION, *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Archibald Kreiger* for the petitioners.

*Mr. Nathan J. Littauer* and *Mr. George J. Kaplan* for the respondents.

January 29, 1962.   Denied.